NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>VARALUZ, LLC ,<br><br>Debtor(s) | BK−24−13181−hlb<br>CHAPTER 11<br><br>Adversary Proceeding: 24−01061−hlb |
| VARALUZ, LLC<br><br>Plaintiff(s)<br><br>vs<br><br>KALAMATA CAPITAL GROUP, LLC<br>STEVEN MANDIS<br>CONNOR PHILLIPS<br>BRANDON LAKS<br><br>Defendant(s) | SUMMONS AND<br>NOTICE OF SCHEDULING<br>CONFERENCE IN AN ADVERSARY<br>PROCEEDING<br><br>Hearing Date:   November 20, 2024<br>Hearing Time:  10:30am |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

TERESA M. PILATOWICZ
GARMAN TURNER GORDON
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119
725−777−3000

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | November 20, 2024 |
| Hearing Time: | 10:30am |
| Hearing Phone Number: | (833) 435−1820 |
| Hearing Meeting ID: | 160 532 0260 |
| Hearing Passcode: | 643758 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: July 31, 2024

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

VARALUZ, LLC ,
                    Debtor(s)

BK−24−13181−hlb
CHAPTER 11

Adversary Proceeding: 24−01061−hlb

VARALUZ, LLC, et al,
                    Plaintiff(s)

vs

KALAMATA CAPITAL GROUP, LLC
STEVEN MANDIS
CONNOR PHILLIPS
BRANDON LAKS, et al,
                    Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  November 20, 2024
Hearing Time:  10:30am

I, Vicki DiMaio, certify that I am at least 18 years old and not a party to the matter concerning
            (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on ___7/31/2024_____
            (date)

by:

[X]    Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:
       **See attached service list.**

[ ]    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]    Residence Service: By leaving the process with the following adult at:

[ ]    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]    Publication: The defendant was served as follows: (Describe briefly)

[ ]    State Law: The defendant was served pursuant to the laws of the State of _____,
       as follows: (Describe briefly)                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _8/1/2024_____        Signature:_/s/ Vicki DiMaio_____

Print Name: Vicki DiMaio

Business Address:   7251 Amigo Street, Suite 210

City: Las Vegas    State: NV    Zip: 89119

## **SERVICE LIST**

Kalamata Capital Group, LLC
c/o Corporation Service Company – Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Kalamata Capital Group, LLC
7315 Wisconsin Ave. #550E
Bethesda, MD 20814

Kalamata Capital Group, LLC
c/o Berkovitch & Bouskila, PLLC
Attn: Ariel Bouskila
1545 Route 202, Suite 101
Pomona, NY 19070

Kalamata Capital Group, LLC
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Steven Mandis
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Connor Phillips
7315 Wisconsin Ave. #550E
Bethesda, MD 20814

Brandon Laks
7315 Wisconsin Ave. #550E
Bethesda, MD 20814