GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>VARALUZ, LLC,<br><br>Debtor. | CASE No. 24-13181-hlb<br><br>Chapter 11<br><br>Adversary No. 24-01061-hlb |
| VARALUZ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KALAMATA CAPITAL GROUP, LLC, STEVEN MANDIS, CONNOR PHILLIPS, and BRANDON LAKS,<br><br>Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41, applicable in this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, Plaintiff Varaluz, LLC hereby voluntarily dismisses with prejudice the *Complaint* [ECF No. 1] against Kalamata Capital Group, LLC, Steven Mandis, Connor Phillips, and Brandon Laks.

1

Dated this 16th day of August, 2024.

                        GARMAN TURNER GORDON LLP

                        By: */s/ Talitha Gray Kozlowski*
                            TALITHA GRAY KOZLOWSKI, ESQ.
                            TERESA M. PILATOWICZ, ESQ.
                            7251 Amigo Street, Suite 210
                            Las Vegas, Nevada 89119
                            [Proposed] *Attorneys for Debtor*